UNITED STATES DISTRICT COURT
NORTHERN DIVISION OF CALIFORNIA

| | |
|---|---|
| ATOMIC PRECISION SYSTEMS, INC., <br><br>  Plaintiff, <br><br> v. <br><br> JUSUNG ENGINEERING CO., LTD. and JUSUNG AMERICA, INC. , <br><br>  Defendants. | Case No.  3:12-CV-00697-JSW <br><br> **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-18 and ADR L.R. 3-5.

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R.4)
- ☐ Early Neutral Evaluation (ENE) (ADR L.R.5)
- ☐ Mediation (ADR L.R.6)

**Private Process:**
- ■ **The parties have agreed to private mediation from a provider to be determined by mutual assent of the parties.**

The parties agree to hold the ADR session by:
- ■ **The presumptive deadline** (The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)
- ☐ other requested deadline _____

Dated: June 14, 2012                                         */s/ Daniel W. Bedell*_____
                                                             Daniel W. Bedell
                                                             Attorney for Plaintiff
                                                             ATOMIC PRECISION SYSTEMS, INC.

Dated: June 14, 2012                                         */s/ Michael J. Lyons*_____
                                                             Michael J. Lyons
                                                             Attorney for Defendants
                                                             JUSUNG ENGINEERING CO., LTD. and
                                                             JUSUNG AMERICA, INC.

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS                                                                  1
Case No.  3:12-CV-00697-JSW

| | |
|---|---|
| 1 | [PROPOSED] ORDER |
| 2 | Pursuant to the Stipulation above, the captioned matter is hereby referred to: |
| 3 | ☐ Non-binding Arbitration<br>☐ Early Neutral Evaluation (ENE)<br>☐ Mediation |
| 4 | ■ **Private ADR** |
| 5 | |
| 6 | Deadline for ADR session<br>■ **90 days from the date of this order.**<br>☐ Other |
| 7 | |
| 8 | IT IS SO ORDERED. |
| 9 | |
| 10 | Dated: June 15, 2012      _____ |
| 11 |                                             UNITED STATES DISTRICT JUDGE |

*(Signature: Jeffrey S. White)*

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS
Case No. 3:12-CV-00697-JSW

3