UNITED STATES DISTRICT COURT
NORTHERN DIVISION OF CALIFORNIA

| | |
|---|---|
| ATOMIC PRECISION SYSTEMS, INC., | Case No.  3:12-CV-00697-JSW |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |
| JUSUNG ENGINEERING CO., LTD. and JUSUNG AMERICA, INC. , | |
| Defendants. | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-18 and ADR L.R. 3-5.

The parties agree to participate in the following ADR process:

**Court Processes:**

☐ Non-binding Arbitration (ADR L.R.4)
☐ Early Neutral Evaluation (ENE) (ADR L.R.5)
☐ Mediation (ADR L.R.6)

**Private Process:**

■ **The parties have agreed to private mediation from a provider to be determined by mutual assent of the parties.**

The parties agree to hold the ADR session by:

■ **The presumptive deadline** (The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)

☐ other requested deadline_____

Dated: June 14, 2012                          _/s/ Daniel W. Bedell_____
                                                            Daniel W. Bedell
                                                            Attorney for Plaintiff
                                                            ATOMIC PRECISION SYSTEMS, INC.

Dated: June 14, 2012                          _/s/ Michael J. Lyons_____
                                                            Michael J. Lyons
                                                            Attorney for Defendants
                                                            JUSUNG ENGINEERING CO., LTD. and
                                                            JUSUNG AMERICA, INC.

1          **[PROPOSED] ORDER**

2          Pursuant to the Stipulation above, the captioned matter is hereby referred to:
               ☐          Non-binding Arbitration
3              ☐          Early Neutral Evaluation (ENE)
               ☐          Mediation
4              ■          **Private ADR**

5
           Deadline for ADR session
6              ■          **90 days from the date of this order.**
               ☐          Other
7

8   IT IS SO ORDERED.

9

10  Dated: _____          _____
               June 15, 2012                      UNITED STATES DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS                                                           3
Case No.  3:12-CV-00697-JSW