| | |
|---|---|
| Christopher D. Banys (State Bar No.: 230038)<br>Daniel W. Bedell (State Bar No.: 254912)<br>cdb@lanierlawfirm.com<br>dwb@lanierlawfirm.com<br>THE LANIER LAW FIRM, P.C.<br>2200 Geng Road, Suite 200<br>Palo Alto, California 94303<br>Telephone: (650) 322-9100<br>Facsimile: (650) 322-9103<br><br>Attorneys for Plaintiff,<br>ATOMIC PRECISION SYSTEMS, INC. | MORGAN LEWIS & BOCKIUS LLP<br>MICHAEL J. LYONS (SBN 202284)<br>mlyons@morganlewis.com<br>MICHAEL F. CARR (SBN 259911)<br>mcarr@morganlewis.com<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306<br>Tel: 650.843.4000<br>Fax: 650.843.4001<br><br>Attorneys for Defendant,<br>JUSUNG ENGINEERING CO., LTD. and<br>JUSUNG AMERICA, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ATOMIC PRECISION SYSTEMS, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>JUSUNG ENGINEERING CO., LTD.;<br>JUSUNG AMERICA, INC.; INTEL<br>CORPORATION; MICRON<br>TECHNOLOGY, INC.; AND<br>INTERNATIONAL BUSINESS<br>MACHINES CORPORATION,<br><br>        Defendants. | Case No. 3:12-CV-00697-JSW<br><br>**STIPULATION TO EXTEND DEADLINES AND ORDER THEREON**<br><br>**DEMAND FOR JURY TRIAL** |

STIPULATION TO EXTEND DEADLINES
CASE NO.: 3:12-CV-00697-JSW

1  Counsel for Plaintiff Atomic Precision will be moving to withdraw as counsel of record.  The
2  case is in the early stages, and the Court has not yet held a case management conference.  To afford
3  Atomic Precision time to obtain counsel, the parties have met and conferred and agreed that an
4  extension of dates in the case by eight (8) weeks is appropriate.  *See* Declaration of Daniel Bedell in
5  Support of the Stipulation to Extend Deadlines.  Therefore, the parties respectfully move the Court to
6  extend all deadlines by eight (8) weeks – including the case management conference currently scheduled
7  for June 29, 2012 – to allow Atomic Precision time to find counsel.

9  Dated:  June 28, 2012                Respectfully submitted,

            */s/ Christopher D. Banys*
            Christopher D. Banys          (230038)

            **Attorneys for Plaintiff,**
            **ATOMIC PRECISION SYSTEMS, INC.**

15  Dated:  June 28, 2012                Respectfully submitted,

            */s/ Michael J. Lyons*
            Michael J. Lyons

            **Attorneys for Defendant,**
            **JUSUNG ENGINEERING CO., LTD. and**
            **JUSUNG AMERICA, INC.**

28  STIPULATION TO EXTEND DEADLINES
    CASE NO.: 3:12-CV-00697-JSW                         1

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT all deadlines are extended by eight (8) weeks – including the case management conference currently scheduled for June 29, 2012 – to allow Atomic Precision time to find counsel.

The case management conference is CONTINUED to September 7, 2012 at 1:30 p.m. The parties' joint case management statement shall be filed no later than August 31, 2012.

IT IS SO ORDERED.

DATED: June 28, 2012

_____
The Honorable Jeffrey S. White
United States District Judge