IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATOMIC PRECISION SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>JUSUNG ENGINEERING CO., LTD;<br>JUSUNG AMERICA, INC.; INTEL<br>CORPORATION; MICRON TECHNOLOGY,<br>INC.; AND INTERNATIONAL BUSINESS<br>MACHINES CORPORATION,<br><br>    Defendants. | No. C 12-0697 JSW<br><br>**ORDER TO SHOW CAUSE RE STIPULATION TO WITHDRAW AS COUNSEL FOR PLAINTIFF ATOMIC PRECISION SYSTEMS, INC.** |

      The Court has received the notice filed by the Lanier Law Firm of its withdrawal from representation of Plaintiff Atomic Precision Systems, Inc. However, a corporation cannot proceed *pro se* and there is no indication from the current notice of withdrawal that the company has any plans to replace counsel. Therefore, the Court HEREBY ORDERS PLAINTIFF TO SHOW CAUSE as to whether the corporate plaintiff intends to find alternate counsel and, if not, why this case should not be dismissed.

      Plaintiff is ORDERED to file a written response by no later than July 13, 2012.

      **IT IS SO ORDERED.**

Dated: July 2, 2012

                                                                                 JEFFREY S. WHITE<br>
                                                                                 UNITED STATES DISTRICT JUDGE