IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ATOMIC PRECISION SYSTEMS, INC.,

    Plaintiff,

v.

JUSUNG ENGINEERING CO., LTD; JUSUNG AMERICA, INC.; INTEL CORPORATION; MICRON TECHNOLOGY, INC.; AND INTERNATIONAL BUSINESS MACHINES CORPORATION,

    Defendants.

No. C 12-0697 JSW

**ORDER POSTPONING CASE MANAGEMENT CONFERENCE DATE**

    The Court has received the request by Plaintiff Atomic Precision Systems, Inc. for a two-week extension to find counsel. The Court GRANTS the request. Accordingly, the case management conference is continued from September 7, 2012 at 1:30 p.m. to October 5, 2012 at 1:30 p.m. An updated joint case management statement shall be filed no later than September 28, 2012.

    **IT IS SO ORDERED.**

Dated: September 4, 2012

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE