**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATOMIC PRECISION SYSTEMS, INC., | |
| Plaintiff, | No. C 12-0697 JSW |
| v. | |
| JUSUNG ENGINEERING CO., LTD; JUSUNG AMERICA, INC.; INTEL CORPORATION; MICRON TECHNOLOGY, INC.; AND INTERNATIONAL BUSINESS MACHINES CORPORATION, | **ORDER POSTPONING CASE MANAGEMENT CONFERENCE DATE** |
| Defendants. | |

The Court has received the request by Plaintiff Atomic Precision Systems, Inc. for a two-week extension to find counsel. The Court GRANTS the request. Accordingly, the case management conference is continued from September 7, 2012 at 1:30 p.m. to October 5, 2012 at 1:30 p.m. An updated joint case management statement shall be filed no later than September 28, 2012.

**IT IS SO ORDERED.**

Dated: September 4, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE