| | |
|---|---|
| THE LANIER LAW FIRM, P.C.<br>CHRISTOPHER D. BANYS (SBN 230038)<br>cdb@lanierlawfirm.com<br>2200 Geng Road<br>Suite 200<br>Palo Alto, California 94303<br>Telephone:  (650) 322-9100<br>Facsimile:   (650) 322-9103<br><br>Attorneys for Plaintiff,<br>ATOMIC PRECISION SYSTEMS, INC. | MORGAN, LEWIS & BOCKIUS LLP<br>MICHAEL J. LYONS (SBN 202284)<br>mlyons@morganlewis.com<br>MICHAEL F. CARR (SBN 259911)<br>mcarr@morganlewis.com<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA  94306<br>Telephone:   (650) 843-4000<br>Facsimile:    (650) 843-4001<br><br>Attorneys for Defendants<br>JUSUNG ENGINEERING CO., LTD. and<br>JUSUNG AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ATOMIC PRECISION SYSTEMS, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>JUSUNG ENGINEERING CO., LTD., ET AL.,<br><br>          Defendants. | Case No.  3:12-CV-00697-JSW<br><br>**STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER** |

STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER; CASE NO.: 3:12-CV-00697-JSW

It is hereby stipulated between Plaintiff Atomic Precision Systems, Inc. ("Atomic Precision") and Defendants Jusung Engineering Co., Ltd. and Jusung America, Inc. (collectively "Jusung"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Atomic Precision's claims against Jusung in above-captioned action shall be dismissed with prejudice, and that pursuant to Federal Rule of Civil Procedure 41(c)(1), Jusung's counterclaims against Atomic Precision in above-captioned action shall be dismissed without prejudice. Each party shall bear its own costs and attorney fees.

Dated: February 8, 2013          */s/ Christopher D. Banys*
                                 Christopher D. Banys
                                 Counsel for Plaintiff
                                 ATOMIC PRECISION SYSTEMS, INC.


Dated: February 8, 2013          */s/ Michael J. Lyons*
                                 Michael J. Lyons
                                 Counsel for Defendants
                                 JUSUNG ENGINEERING CO., LTD. and
                                 JUSUNG AMERICA, INC.

**PURSUANT TO GENERAL ORDER 45,**

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I, Michael J. Lyons, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 8th day of February, 2013, at Palo Alto.

                                 */s/ Christopher D. Banys*
                                 Christopher D. Banys

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

That the Stipulation of Dismissal and [Proposed] Order is adopted by the Court. The claims of Atomic Precision against Jusung are dismissed with prejudice and the counterclaims of Jusung are dismissed without prejudice. Each party shall bear its own costs and attorney fees. The Clerk shall close the file.

Dated: __February 8_____, 2013

*Jeffrey S. White*

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE